

the opinion that discretionary review was improvidently granted.

The order granting discretionary review, Ky., 585 S.W.2d 404, is vacated, and the case is remanded to the Court of Appeals for the issuance of its mandate.

All concur, except AKER, CLAYTON and REED, JJ., who dissent.

Entered October 30, 1979.

/s/ John S. Palmore

Chief Justice

**Gilbert Y. McFADDEN, Movant,**

v.

**KENTUCKY UNEMPLOYMENT INSUR-ANCE COMMISSION and Postal Data Center, Respondents.**

Supreme Court of Kentucky.

Oct. 30, 1979.

Paul M. Lewis, Elizabethtown, for movant.

Marvin R. O'Koon, Gen. Counsel, R. Hughes Walker, Dept. for Human Resources, Frankfort, for respondents.

Herbert L. Segal, Carol M. Raskin, Segal, Isenberg, Sales, Stewart & Nutt, Louisville, John Fillion, Jordan Rossen, Detroit, Mich., for amicus curiae.

## OPINION AND ORDER

The Court, having considered the briefs of movant and respondents and having heard oral argument in this matter, is of